# McLaughlin & Stern, LLP
### Founded 1898

RALPH R. HOCHBERG
PARTNER
rhochberg@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

MILLBROOK, NY
GREAT NECK, NY
WEST PALM BEACH, FL
NAPLES, FL

January 2, 2018

**VIA ECF and EMAIL**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: Arturo Morales et. al. v. Motorino East Village Inc., et. al.
        File No.: 17-cv-09236-AT

Dear Justice Torres:

  We represent the defendants in the above-referenced action in which claims are made under the FLSA and New York State Labor Law.

  In discussions with plaintiffs' counsel, we have agreed, subject to the approval of the Court, to a three (3) week extension of time for the defendants to answer or otherwise move with respect to the Complaint. That date is January 23, 2018.

  Plaintiffs' attorney will also be filing an Amended Complaint based upon discussions among counsel.

  Accordingly, we respectfully request that the Court grant the Motion for an Extension of Time as requested herein.

                  Respectfully submitted,

                  Ralph R. Hochberg

RRH:kg
cc: Shawn R. Clark, Esq. (via email)