# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

sclark@faillacelaw.com

November 5, 2018

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Andres Francisco v. Motorino 3 Inc. et al.,
                17-cv-9236 (AT)

Your Honor,

      This firm represents the Plaintiff Domingo Andres Francisco ("Plaintiff") in the above-referenced matter. Plaintiff writes jointly with Defendants pursuant to Your Honor's Orders dated September 25, 2018 and November 2, 2018 to request that the Court approve the attached revised settlement agreement ("the Agreement") as "fair and reasonable." *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). The revised release narrowly concerns claims arising from the transactions and occurrences set forth in the lawsuit.

      Should Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  /s/Michael Faillace
                                  Michael Faillace
                                  MICHAEL FAILLACE & ASSOCIATES, P.C.
                                  Attorneys for the Plaintiff

Enclosures